IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Qualls, Julie

Printed: 01/22/09

Case Number: 08 B 21908
Judge: Hollis, Pamela S
Filed: 8/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 807.66 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 754.35 |
| Trustee Fee: | | 53.31 |
| Other Funds: | | 0.00 |
| Totals: | 807.66 | 807.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 754.35 |
| 2. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 3. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 4. | Partners & Collections | Unsecured | 400.49 | 0.00 |
| 5. | Nationwide Cassel | Unsecured | 636.79 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 20.94 | 0.00 |
| 7. | Receivables Management Inc | Unsecured | 210.00 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 54.60 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 764.00 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 29.59 | 0.00 |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | City Of Oak Park | Unsecured | | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 14. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 15. | FMS Inc | Unsecured | | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 18. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 19. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 20. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 21. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 22. | American Collection Corp | Unsecured | | No Claim Filed |
| 23. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 24. | Senex Services Corp | Unsecured | | No Claim Filed |
| 25. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 26. | Receivables Management Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Qualls, Julie

Printed: 01/22/09

Case Number: 08 B 21908
Judge: Hollis, Pamela S
Filed: 8/20/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 28. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 29. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 30. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 31. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 32. | Silverleaf Vacation Club | Unsecured | | No Claim Filed |
| 33. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 34. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | $ 5,590.41 | $ 754.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 53.31 |
| | $ 53.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

